AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 704(b) - Fraudulent Representations About Receipt of Military Decorations or Medals

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:** Count 1: 1 year imprisonment, $100,000 fine; 1 year supervised release; $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

GREGORY BRUCE ALLEN

**DISTRICT COURT NUMBER**

CR 16 110

**DEFENDANT**  MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Andrew F. Dawson

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 16 110 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 704(b) – Fraudulent Representations About Receipt of Military Decorations or Medals (Class A Misdemeanor) |
| GREGORY BRUCE ALLEN, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INFORMATION

The United States Attorney Charges:

COUNT ONE: (18 U.S.C. § 704(b) – Fraudulent Representations About Receipt of Military Decorations or Medals)

Beginning no later than on or about October 19, 2013, and continuing through on or about May 1, 2015, in the Northern District of California, the defendant

GREGORY BRUCE ALLEN,

with intent to obtain money, property, and other tangible benefits, fraudulently held himself out to be a

//
//

INFORMATION

1

recipient of the Purple Heart military medal, in violation of Title 18, United States Code, Section 704(b), a Class A Misdemeanor.

DATED: *March 15, 2016*

BRIAN J. STRETCH  
Acting United States Attorney

/s/ Daniel Kaleba  
DANIEL KALEBA  
Chief, General Crimes Section

(Approved as to form: /s/ Andrew Dawson )  
AUSA ANDREW F. DAWSON

INFORMATION

2