1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7019
       FAX: (415) 436-7234
7      Andrew.Dawson@usdoj.gov

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 16-0110 JSC |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE AND ) [PROPOSED] ORDER |
| v. | ) |
| GREGORY BRUCE ALLEN | ) |
| Defendant. | ) |

This matter is currently set for sentencing on November 3, 2016. The parties are currently in receipt of the draft Presentence Investigation Report prepared by the Probation Office. The parties agree that the Court and the Probation Office would benefit from further evidence regarding potential restitution that is not presently available. The parties have agreed that a continuance of sentencing until December 8, 2016 would provide sufficient time to obtain such evidence and to provide it to the assigned Probation Officer, which will ensure that the Court has access to all relevant considerations regarding restitution.

In light of these facts, the parties stipulate and request that the sentencing hearing currently scheduled for November 3, 2016 be continued until December 8, 2016. Government counsel has

//

//

STIPULATION TO CONTINUE AND [PROPOSED] ORDER
CR 16-0110 JSC

1 | confirmed that the probation officer assigned to this matter will be available on December 8, 2016.
2 |     IT IS SO STIPULATED.

4 | DATED: October 14, 2016            /s/
5 |                                       ANDREW F. DAWSON
                                      Assistant United States Attorney

7 | DATED: October 14, 2016            /s/
                                      CHARLES DRESOW
                                      Counsel for Defendant

STIPULATION TO CONTINUE AND [PROPOSED] ORDER
CR 16-0110 JSC

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | Good cause being shown, the sentencing hearing currently set for November 6, 2016 at 2 p.m. |
| 3 | for defendant Gregory Bruce Allen is continued to December 8, 2016, at 11:00 a.m. |
| 4 | IT IS SO ORDERED. |

DATED: _____

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE AND [PROPOSED] ORDER
CR 16-0110 JSC